In the Matter of the Application of ANTONIO IAFOLLA to Compel Payment by JOSEPH A. BRODERICK, Superintendent of Banks of the State of New York. Liquidation of M. BERARDINI STATE BANK, a Domestic Corporation.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

NATIONAL BANK OF NORTH HUDSON v. ROBERT H. KENNEDY and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CHATHAM PHENIX NATIONAL BANK AND TRUST COMPANY v. AMSTERDAM BUILDING COMPANY, INC., Impleaded with D. C. SERBER, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

ISRAEL PERLMAN v. AARON PERLMAN, Impleaded, etc. ISRAEL PERLMAN v. AARON PERLMAN, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

CHARLES J. GASS v. OTTOMANE BANK, Also Known as BANQUE OTTOMANE, Formerly Known as BANQUE IMPERIALE OTTOMANE.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THE BISHOP & BABCOCK SALES COMPANY v. H. HOMER & SON, INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

CONSOLIDATED CIGAR CORPORATION v. UNION INDEMNITY COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

ROBINS DRY DOCK AND REPAIR COMPANY v. NAVIGAZIONE LIBERA TRIESTINA, S. A., Impleaded with MORAN TOWING & TRANSPORTATION COMPANY, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.